**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: IGLOO 90 QUART ROLLING COOLER TOW HANDLE PRODUCTS LIABILITY LITIGATION** **MDL No. ______**
___________________________________________/

**JPML RULE 6.1 SCHEDULE OF ACTIONS**

| Caption and Parties | District/Division | Case Number | Judge |
|---|---|---|---|
| 1. *Gary Lee v. Igloo Products Corp.* | Eastern District of California<br><br>Sacramento Division | 2:25-cv-01526 | John A Mendez |
| 2. *Robert Randall McAlary, III v. Igloo Products Corp.* | Eastern District of California<br><br>Sacramento Division | 2:25-cv-01904 | John A Mendez |
| 3. *Erwin Carlin, Jr v. Igloo Products Corp.* | Western District of Louisiana<br><br>Shreveport Division | 5:26-cv-02453 | Alexander C Van Hook |
| 4. *Eric Daniel Cooke v. Igloo Products Corp.; Target Corporation; And Does 1 Through 50 Inclusive* | Central District of California<br><br>Riverside Division | 5:26-cv-05227 | Percy Anderson |
| 5. *David Bruce v. Igloo Products Corp.* | Northern District of California<br><br>San Francisco Division | 3:26-cv-07888 | William H Orrick |

| | | | |
|---|---|---|---|
| 6. *Jose Porfirio Lardizabal-Cueva v. Igloo Products Corp.* | Middle District of Florida<br><br>Tampa Division | 8:26-cv-02734 | John L. Badalamenti |

Signed this 2nd day of October, 2026.

By: *Erica Rutner*
Erica Rutner
erutner@cozen.com
Eddie Holiday
eholiday@cozen.com
Michael Puretz
mpuretz@cozen.com
501 East Las Olas Boulevard, Suite 300
Fort Lauderdale, FL 33301
Telephone: 561.245.6120
Facsimile: 561.245.6213

John A. Bertino
jbertino@cozen.com
2001 M Street NW, Suite 500
Washington, D.C. 20036
Telephone: 202.912.4800
Facsimile: 202.861.1905

*Attorneys for Defendant*
*Igloo Products Corp.*